**Denied and Opinion Filed November 13, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-01248-CV

## IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND MELISSA LINETTE BURRRIS, Relators

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-23-04980-A**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court are relators' October 24, 2024 petition for writ of mandamus and emergency motion for temporary relief. In their petition, relators challenge a trial court ruling denying their motion to quash their respective depositions. In their emergency motion, relators seek to stay the depositions pending our action on the petition.

Entitlement to mandamus relief requires a relator to show the trial court clearly abused its discretion and the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude

relators have failed to demonstrate entitlement to mandamus relief. *See In re State Farm Mut. Auto. Ins. Co.*, No. 05-23-01062-CV, 2023 WL 7984390, at *1 (Tex. App.—Dallas Nov. 17, 2023, orig. proceeding) (mem. op.).

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny as moot relators' emergency motion for temporary relief.

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS

241248F.P05                                                     JUSTICE